Jesse Thompson

Help!

September 20, 2023

SEP 26 2023 AM 9:32
FILED - USDC - NDTX - LU

5-23CV-228-B

Greetings,

My names is, Jesse Thompson,

I have been Illegally detained at

Lubbock County Detention Center, prior

to Investigation. Was arrested w/ out

warrant/ was told Arrest was for

"Parroll Violation", I am not on

Parroll. I was being herrassed and

abused, violations of my 8th amendment

in Bell County, in Lubbock, in

persuit of justice with original

Pro se petition Cause # DC-2023-CV-0188,

filed in the 99th DC, Phillip Hase

(F1)

was mis served, when Civil Procedure was not being served, late time contengencies, and being promised default of judgement hearing in May that never happened 2023, 99th DC, Phillip Hase, where I filed misconduct, after unethically serving Causes and DTPA issues outlined in inentioned petition. I have been suffering, without my DL which has been over served and double jeopardies

(2 OF 4)

involved.

May I please report that I am being illegally detained and intrapped by accusation of Terroristic threat when I had conversation with family when I am being ignored by courts, verbal statements were taken but I never threatened anyone, involuntarily I am currently being dishonerated in persuit of justice, being mis-represented and need

(3 of 4)

help. Pro bono to handle
$30,000,000.00 a law suit
that Phillip Hase sent to
Bell County, instead of
taking content jurisdiction
in a co-egaual court.
    Please send a list of
28 U.S.C Rules and let
this be my complaint
Sincerely,

Jesse

(4 of 4)



Jesse Thompson #1030413
Lubbock County Detention center
P.O. Box 10535
Lubbock Texas
79408

INDIGENT

RECEIVED
SEP 26 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RETURN SERVICE
REQUESTED

FIRST CLASS

United States District Court
Northern District of Texas
1205 Texas Ave, Room#209
Lubbock, Tx, 79401

US POSTAGE
ZIP 79401
02 4W
0000366595 SEP 22 2023
$ 000.63°